1  LARRY ROTHMAN & ASSOCIATES
   LARRY ROTHMAN – State Bar No. 72451
2  City Plaza
3  1 City Boulevard West, Suite 850
   Orange, California 92868
4  (714)  363 0220  Telephone
5  (714)  363 0229  Facsimile
6  tocollect@aol.com   E-Mail

7

8  Attorneys for the Defendants:
   INTERNATIONAL COLLECTION CORPORATION, CHARLES D.
9  HENDRICKSON

10

11

12

13

14                    UNITED STATES DISTRICT COURT

15      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

16

17  HERMINIA LORENZO CRUZ              Case No: C08 00991 JF(rx)

18          Plaintiff,                 NOTICE OF MOTION; MOTION
                                       TO DISMISS THE COMPLAINT
19       vs.                           COMPLAINT

20  INTERNATIONAL COLLECTION
    CORPORATION, a California corporation,
21  CHARLES D. HENDRICKSON,            (F.R. C.P. RULE 12)
    individually and in his official capacity,

22                                     DATE:  May 2, 2008
                                       TIME:  9:00 a.m.
23          Defendants.                COURTROOM:  3
                                             (reserved)
24

25

26

27                                     1

28

To all parties and their attorneys of record:

Please take notice on May 2, 2008, at the hour of 9:00 a.m. or as soon there after as counsel may be heard in Courtroom 3 of the above-entitled Court located at 280 S. 1st Street, San Jose, California 95113, the Defendants, INTERNATIONAL COLLECTION CORPORATION "ICC", and CHARLES D. HENDRICKSON "Hendrickson", will move this Court to Dismiss the Complaint in this action.

This Motion will be made upon its papers and filings, the Memorandum of Points and Authorities as well as such oral argument that may occur at the hearing in this action should this Court invite oral argument.

Respectfully submitted,

LARRY ROTHMAN & ASSOCIATES

Dated:    March 28, 2008

LARRY ROTHMAN,
Attorney for Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D.
HENDRICKSON

2

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On March 28, 2008, I served the foregoing document described as:

NOTICE OF MOTION; MOTION TO DISMISS THE COMPLAINT
on the parties listed below in this action by placing a true copy thereof or the

originals in a sealed envelope sent first class mail and addressed as follows:

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 28, 2008, at Orange, California, California.

WADE KRAUS