LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220  Telephone
(714) 363 0229  Facsimile
tocollect@aol.com  E-Mail

Attorneys for the Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| HERMINIA LORENZO CRUZ<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>Defendants. | Case No: C08 00991 JF(rx)<br><br>ORDER<br>(proposed)<br><br>(F.R. C.P. RULE 12)<br><br>DATE: May 2, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 3<br><br>(reserved) |

1

ORDER                                    Case No: C08 00991 JF(rx)

1   This matter came regularly for hearing on Defendants' Motion to Dismiss
2   Under Rule 12 of the <u>Federal Rules of Civil Procedure</u> at 9:00 a.m. on May 2,
3
4   2008.  The Plaintiff and opposing party, HERMINIA LORENZO CRUZ,
5   on behalf of himself and all others similarly situated, appeared by FRED W.
6   SCHWINN, ESQ. of the Consumer Law Center.  The Defendants and Movants,
7
8   INTERNATIONAL COLLECTION CORPORATION and CHARLES D.
9   HENDRICKSON appeared by LARRY ROTHMAN, ESQ. of LARRY
10  ROTHMAN & ASSOCIATES.

The Court read and considered all papers and filings for this Motion and heard arguments of counsel.

This Court grants the Motion to Dismiss the Complaint .

DATED:

_____
UNITED STATES DISTRICT COURT JUDGE

2

ORDER                                Case No: C08 00991 JF(rx)

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On March 28, 2008, I served the foregoing document described as:

ORDER on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 28, 2008, at Orange, California, California.

WADE KRAUS