UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 2, 2008
**Case Number:** CV-08-991-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          HERMINIA CRUZ   V.   INTERNATIONAL COLLECTION CORP., ET AL

              PLAINTIFF                         DEFENDANT

  Attorneys Present:  Fred Schwinn           Attorneys Present: Larry Rothman

---

PROCEEDINGS:

    Hearing on Motion to Dismiss held. Parties are present. The motion is taken under submission.