Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
HERMINIA LORENZO CRUZ

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| HERMINIA LORENZO CRUZ,<br><br>   Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, and CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>   Defendants. | Case No. C08-00991-JF-RS<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |

**COMES NOW** the Plaintiff, HERMINIA LORENZO CRUZ, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 3rd day of June, 2008, a true and accurate copy of the Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and a copy of this notice were deposited in the United States mail, postage prepaid, addressed to the following:

> Larry Rothman
> Larry Rothman & Associates
> 1 City Boulevard West, Suite 850
> Orange, CA 92868
>        Attorney for Defendants

Dated: June 3, 2008                    By: /s/ Fred W. Schwinn
                                       Fred W. Schwinn, Esq.
                                       Attorney for Plaintiff
                                       HERMINIA LORENZO CRUZ

NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES            Case No. C08-00991-JF-RS