1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   HERMINIA LORENZO CRUZ

6

7

8                **IN THE UNITED STATES DISTRICT COURT**
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                         **SAN JOSE DIVISION**

10  HERMINIA LORENZO CRUZ,                          Case No.  C08-00991-JF-RS

11                          Plaintiff,

12  v.                                              **PLAINTIFF'S NOTICE OF**
                                                    **DISCOVERY PROPOUNDED TO**
13  INTERNATIONAL COLLECTION                        **DEFENDANT, INTERNATIONAL**
    CORPORATION, a California corporation,          **COLLECTION CORPORATION**
14  and CHARLES D. HENDRICKSON,
    individually and in his official capacity,
15
                            Defendants.
16

17       **COMES NOW** the Plaintiff, HERMINIA LORENZO CRUZ, by and through counsel, Fred

18  W. Schwinn of the Consumer Law Center, Inc., and hereby notifies the Court that on the 3rd day of

19  June, 2008, Interrogatories numbered 1 through 18 inclusively, have been submitted for answer by

20  Defendant, INTERNATIONAL COLLECTION CORPORATION, in accordance with Rule 33 of

21  the Federal Rules of Civil Procedure, within thirty (30) days from the date of service thereof.

22       You will please take notice that the party filing these Interrogatories demands answers under

23  oath in accordance with the rules of civil procedure.  These Interrogatories are continuing and

24  require supplemental answers if additional information is obtained between the time of answering

25  and the time of trial.

26       ADDITIONALLY, Plaintiff notifies the Court that she has also served a Request for

27  Production of Documents in accordance with Rule 34 of the Federal Rules of Civil Procedure

28  containing 33 paragraphs upon Defendant, INTERNATIONAL COLLECTION CORPORATION,

-1-

1  and that these discovery requests are to be responded to within thirty (30) days.

2      ADDITIONALLY, Plaintiff notifies the Court that she has also served a Request for

3  Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure, containing 38

4  paragraphs upon Defendant, INTERNATIONAL COLLECTION CORPORATION, and that these

5  discovery requests are to be responded to within thirty (30) days.

6

7                          CONSUMER LAW CENTER, INC.

8

9                          By: /s/ Fred W. Schwinn
                                Fred W. Schwinn (SBN 225575)
10                              12 South First Street, Suite 1014
                                San Jose, California  95113-2418
11                              Telephone Number: (408) 294-6100
                                Facsimile Number: (408) 294-6190
12                              Email: fred.schwinn@sjconsumerlaw.com
                                    Attorney for Plaintiff
13

14                          **CERTIFICATE OF SERVICE**

15      The undersigned, Fred W. Schwinn, does hereby certify that he caused a true and correct

16  copy of the above and foregoing document to be deposited in the United States mail, postage

17  prepaid, addressed to the following:

18      Larry Rothman
        Larry Rothman & Associates
19      1 City Boulevard West, Suite 850
        Orange, CA  92868
20              Attorney for Defendants

21  on this, the 3rd day of June, 2008.
                                    /s/ Fred W. Schwinn
22                                  Fred W. Schwinn

23

24

25

26

27

28

-2-

NOTICE OF DISCOVERY PROPOUNDED TO DEFENDANT                    Case No.  C08-00991-JF-RS