**E-filed 6/19/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**HERMINA LORENZO CRUZ,**

    Plaintiff,

     v.

**INTERNATIONAL COLLECTION,**

    Defendant.

No. C-08-991-JF/RS

Clerks's Notice

**To: All Counsel and Parties in the above named action.**

**The Court has vacated the Case Management Conference currently scheduled for June 20, 2008 and adopted all the proposed scheduling dates. The Pretrial Conference is set for March 27, 2009 at 11:00 and Trial date is set for April 17, 2009 at 1:30.**

**Dated: 6/19/08**

    For the Court,
    **Richard W. Wieking, Clerk**

    **Diana Munz**
    **electronic signature**
    **Courtroom Deputy**