# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Cruz,<br><br>           Plaintiff(s),<br><br>    v.<br><br>International Collection Corporation,<br><br>           Defendant(s). | 08-00991 JF MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Barbara Cray**
> Law Offices of Barbara Cray
> 303 Twin Dolphin Dr., 6th Fl.
> Redwood Shores, CA 94065
> 650-654-2729

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00991 JF MED         - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: July 23, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00991 JF MED                    - 2 -