Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
HERMINIA LORENZO CRUZ

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HERMINIA LORENZO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, and CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>Defendants. | Case No. C08-00991-JF-RS<br><br>**PLAINTIFF'S NOTICE OF TAKING DEPOSITION OF DEFENDANT INTERNATIONAL COLLECTION CORPORATION'S DESIGNATED REPRESENTATIVE(S) PURSUANT TO FED. R. CIV. P. 30(b)(6) BY STENOGRAPHER AND/OR VIDEOTAPE, DUCES TECUM** |

TO:   Larry Rothman
      Larry Rothman & Associates
      1 City Boulevard West, Suite 850
      Orange, CA  92868
      Telephone:   (714) 363-0220
      Facsimile:   (714) 363-0229

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b)(6), commencing on **September 9, 2008, at 2:00 p.m.**, and thereafter by adjournment until the same shall be completed, at the offices of Consumer Law Center, Inc., 12 South First Street, Suite 1014, San Jose, California 95113, OR such other location as may be later designated by Amended Notice, Plaintiff through her counsel will take the deposition(s) under oath of the designated representative(s) of Defendant, INTERNATIONAL COLLECTION CORPORATION (hereinafter, "ICC"), before a qualified

notary public under Fed. R. Civ. P. 28, stenographically and/or by videotape.

**PLEASE TAKE FURTHER NOTICE** that, the designated representative(s) of Defendant must be prepared to testify regarding "matters known or reasonable available to" Defendant, including but not limited to the following topics:

1. The factual basis for ICC's Answer;

2. Any and all other information related to ICC's defenses contained in its Answer;

3. The collection methods, practices, techniques and strategies used by ICC in its efforts to collect debts from consumers during the months October, 2006 through February, 2007;

4. All account notes, collection logs, miscellaneous notes, debtor work cards, or other documentation methods, if any, whether computerized, manual or other, of all activities undertaken by ICC or its employees related to Plaintiff;

5. Creation, modification, programming and use of any computer software and hardware used by ICC to receive, compile and/or maintain information on Plaintiff or Plaintiff's account;

6. The methods, practices, techniques and strategies used by ICC in training its collection employees concerning compliance with the Fair Debt Collection Practices Act;

7. Any bona fide error defense ICC may have with regard to the allegations set forth in the Complaint filed by Plaintiff in this case;

8. Any bona fide error defense claimed by ICC in any case brought under the Fair Debt Collection Practices Act from January 1, 2005, to the present;

9. The names, titles, addresses and phone numbers of all persons who participated in designing, creating, furnishing, compiling or printing any and all of the collection letters and notices sent to Plaintiff by ICC in an effort to collect on any account;

10. The use of letters in the form of Exhibits 1, 4, 5, 6, 7, 8, 11 and 12 attached to Plaintiff's Complaint;

11. The manner of mailing letters in the form of Exhibits 1, 4, 5, 6, 7, 8, 11 and 12

-2-

attached to Plaintiff's Complaint;

12. Defendant's discovery responses in this case;

13. All documents requested by Plaintiff in the course of this case;

14. The documents produced for inspection, review and copying noted below;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Civ. P. 30(b) and 34, Defendant is required to produce at the aforementioned time and place the following documents for inspection, review and photocopying;

1. All documents in ICC's possession sent to or received from Harrah's Casino which in any way relate to the debt owed by Plaintiff.

2. All operation manuals or similar documents, etc., utilized by ICC relating to compliance with the Fair Debt Collection Practices Act.

3. All documents relating to the maintenance of procedures by ICC adapted to avoid any violation of the Fair Debt Collection Practices Act.

4. All litigation filed against ICC, in the past 3 years alleging violations of the Fair Debt Collection Practices Act, including 15 U.S.C. § 1692c(c).

5. All litigation filed against ICC, in the past 3 years alleging violations of the Fair Debt Collection Practices Act, including 15 U.S.C. § 1692e(2).

6. All litigation filed against ICC, in the past 3 years alleging violations of the Fair Debt Collection Practices Act, including 15 U.S.C. § 1692e(5).

7. All litigation filed against ICC, in the past 3 years alleging violations of the Fair Debt Collection Practices Act, including 15 U.S.C. § 1692e(8).

8. All litigation filed against ICC, in the past 3 years alleging violations of the Fair Debt Collection Practices Act, including 15 U.S.C. § 1692f(1).

9. All documents relating to the creation, modification, programming and use of any computer software and hardware used by ICC to receive, compile and/or maintain information on the Plaintiff's account.

10. All documents or lists which would contain or explain all abbreviations and codes, letters, numerals, or symbols regularly used by ICC in its records or collection

1 | activities.

CONSUMER LAW CENTER, INC.

Dated: August 20, 2008            By: /s/ Fred W. Schwinn
               Fred W. Schwinn, Esq.
               Attorney for Plaintiff
               HERMINIA LORENZO CRUZ

**CERTIFICATE OF SERVICE**

I, Fred W. Schwinn, hereby certify that on August 20, 2008, the forgoing document was sent by facsimile and U.S. Mail to:

 Larry Rothman
 Larry Rothman & Associates
 1 City Boulevard West, Suite 850
 Orange, CA  92868
 Telephone:  (714) 363-0220

 Talty Court Reporters, Inc.
 2131 The Alameda, Suite D
 San Jose, CA  95126
 Facsimile:  (408) 244-1374

Dated:  August 20, 2008            /s/ Fred S. Schwinn
               Fred W. Schwinn