LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220  Telephone
(714) 363 0229  Facsimile
tocollect@aol.com   E-Mail

Attorneys for the Defendants:
INTERNATIONAL COLLECTION CORPORATION, CHARLES D. HENDRICKSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| HERMINIA LORENZO CRUZ<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>    Defendants. | Case No: C08 00991 JF(rx)<br><br>EXHIBIT A RE: MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO COMPEL<br><br>DATE: September 17, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 4 |

1

EXHIBIT A RE: MEMORANDUM OF POINTS AND AUTHORITIES
 IN OPPOSITION TO MOTION TO
 COMPEL
                                                                          C08 00991 JF(rx)

# EXHIBIT A

COMMUNIQUÉ FROM
LARRY ROTHMAN AND ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220  Telephone
(714) 363 0229  Facsimile
tocollect@aol.com   E-Mail

DATE:  July 23, 2008

TO :  MR. SCHWIIN

FROM:  Larry Rothman (SENT BY MARY DONNE)

---

message:
RE:  ICC ADV BRETANA/CRUZ

Mr. Rothman wishes to "meet and confer" with you with respect to your letters and our clients in order to resolve any discovery dispute prior to Motion. While letters may in some cases be appropriate, Mr. Rothman believes that he may be able tor resolve a potential dispute by conferring telephonically.

He is available this coming Friday between 10 – 11:30 a.m. and 12:30 p.m. to 2:30 p.m. Please confirm what time this discussion will take place so I can advise Mr. Rothman the time to call you.

Thank you.

CONFIDENTIAL

The information transmitted in this facsimile message is sent by an attorney or his/her agent is intended to be confidential and for the use of only the individual or entity named above. If the recipient is a client, this message may also be for the purpose of rendering legal advice and thereby privileged. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copy of this facsimile is strictly prohibited. Thank you.

# ACTIVITY REPORT(SEND)

JUL/23/2008/WED 19:00

FAX

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|---|---|---|---|---|---|---|---|
| 01 | JUL/23 | 10:28 | 8439949 | 0:03:32 | 3 | OK | G3 | 9749 |
| 02 | | 10:46 | 8439949 | 0:02:15 | 3 | OK | G3 | 9750 |
| 03 | | 11:00 | 5336555 | 0:02:08 | 1 | OK | G3 | 9752 |
| 04 | | 11:38 | 16269667830 | 0:00:38 | 2 | OK | SG3 | 9756 |
| 05 | | 14:09 | 8439949 | 0:03:47 | 3 | OK | G3 | 9760 |
| 06 | | 14:08 | 8439949 | 0:03:47 | 3 | OK | G3 | 9759 |
| 07 | | 14:19 | 5623223 | | | NO RESPONSE | | 9761 |
| 08 | | 14:53 | 19495814646 | 0:05:00 | 6 | OK | G3 | 9763 |
| 09 | | 15:02 | 15629295537 | 0:00:56 | 2 | OK | SG3 | 9764 |
| 10 | | 15:38 | 17205668943 | 0:01:05 | 3 | OK | SG3 | 9765 |
| 11 | | 15:58 | 19497569060 | 0:00:40 | 1 | ORIGINAL ERROR | G3 | 9766 |
| 12 | | 15:59 | 19497569060 | 0:31:49 | 58 | OK | G3 | 9767 |
| 13 | | 16:37 | 19498740973 | | | CANCEL | | 9768 |
| 14 | | 16:41 | 19496431169 | 0:07:17 | 16 | ORIGINAL ERROR | SG3 | 9769 |
| 15 | | 16:48 | 19496431169 | 0:03:45 | 11 | OK | SG3 | 9770 |
| 16 | | 16:52 | 14082946190 | 0:01:23 | 1 | OK | G3 | 9771 |
| 17 | | 16:54 | 19496431169 | 0:10:14 | 26 | OK | SG3 | 9772 |
| 18 | | 17:12 | 5336555 | 0:02:08 | 1 | OK | G3 | 9773 |
| TOTAL | | | | 1:20:24 | 140 | | | |
| GRAND TOTAL | | | | 481:46:02 | 45610 | | | |

COMMUNIQUÉ FROM
LARRY ROTHMAN AND ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714) 363 0220 Telephone
(714) 363 0229 Facsimile
<u>tocollect@aol.com</u>   E-Mail

DATE: July 25, 2008

TO : MR. SCHWIIN

FROM: Larry Rothman (SENT BY MARY DONNE)

---

message:
RE: ICC ADV BRETANA/CRUZ

Mr. Rothman's case continued until today so he would like to change the "meet and confer" with you July 28, 2008, at 1:00 p.m.

Please confirm if this is fine with you.

Thank you.

CONFIDENTIAL

---

The information transmitted in this facsimile message is sent by an attorney or his/her agent is intended to be confidential and for the use of only the individual or entity named above. If the recipient is a client, this message may also be for the purpose of rendering legal advice and thereby privileged. If the reader of this message is not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copy of this facsimile is strictly prohibited. Thank you.

# ACTIVITY REPORT(SEND)

JUL/25/2008/FRI 19:00

FAX

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | | FILE |
|---|---|---|---|---|---|---|---|---|
| 01 | JUL/25 | 7:47 | 15628678120 | 0:00:19 | 1 | OK | SG3 | 9791 |
| 02 | | 8:33 | 14082946190 | 0:01:16 | 1 | OK | G3 | 9792 |
| 03 | | 8:34 | 15626021929 | 0:00:54 | 2 | OK | SG3 | 9793 |
| 04 | | 8:56 | 15626021929 | 0:00:54 | 2 | OK | SG3 | 9794 |
| 05 | | 13:01 | 15628678120 | 0:00:55 | 4 | OK | SG3 | 9797 |
| 06 | | 13:44 | 16194612457 | 0:04:04 | 4 | OK | SG3 | 9798 |
| TOTAL | | | | 0:08:22 | 14 | | | |
| GRAND TOTAL | | | | 482:17:22 | 45649 | | | |

## PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: 1 City Boulevard West, Suite 850, Orange, California 92868

On August 26, 2008, I served the foregoing document described as:

EXHBIT A RE: MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO COMPEL ALL WRITTEN DISCOVERY on the parties listed below in this action by placing a true copy thereof or the originals via electronic mail through the ECF system of the United States District Court to the following

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

[X] **BY ELECTRONIC MAIL.** I caused the above document to be electronically mailed through the ECF system of the United States District Court. Executed on August 26, 2008, at Orange California.

[X] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of United States and the State of California that the above is true and correct.

_____
LARRY ROTHMAN