1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   HERMINIA LORENZO CRUZ

6

7
                    **IN THE UNITED STATES DISTRICT COURT**
8                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                            **SAN JOSE DIVISION**
9

10 HERMINIA LORENZO CRUZ,                    Case No.  C08-00991-JF-RS

11                        Plaintiff,
                                             **JOINT REQUEST TO EXTEND ADR**
12 v.                                        **DEADLINE**

13 INTERNATIONAL COLLECTION
   CORPORATION, a California corporation,
14 and CHARLES D. HENDRICKSON,
   individually and in his official capacity,
15
                          Defendants.
16

17        The parties in the above-entitled action jointly request to extend the ADR deadline, currently

18 set for September 17, 2008.  On August 20, 2008, the parties attended a telephonic conference with

19 the assigned mediator in this case.  During this telephone conference, the mediator and the parties

20 agreed to hold the mediation session in this case on September 5, 2008, at 10:00 a.m.  This date was

21 selected to accommodate planned vacations, to allow the parties to conduct needed discovery and

22 to allow Defendants time to file a dispositive motion.

23        On September 4, 2008, the Plaintiff, a 71 year old diabetic, fell and was hospitalized for her

24 injuries. While the timing of Plaintiff's recovery is currently uncertain, the parties hope to complete

25 the Mediation in this case within the next 60 days.  Therefore, the parties jointly request that the

26 Court extend the ADR deadline in this case to December 31, 2008.

27 / / /

28 / / /

-1-

JOINT REQUEST TO EXTEND ADR DEADLINE                        Case No.  C08-00991-JF-RS

-2-

1    Dated:  September 3, 2008                         /s/ Fred W. Schwinn
                                                        Fred W. Schwinn, Esq.
2                                                       Attorney for Plaintiff
                                                        HERMINIA LORENZO CRUZ
3

4    Dated:  September 3, 2008                         /s/ Larry Rothman
                                                        Larry Rothman, Esq.
5                                                       Attorney for Defendants
                                                        INTERNATIONAL COLLECTION
6                                                       CORPORATION and CHARLES D.
                                                        HENDRICKSON
7

8
          Having considered the parties' Joint Request to Extend ADR Deadline, the request is
9
     GRANTED.  The ADR deadline in this case shall be extended to December 31, 2008.
10

11
     Dated:
12                                                      Honorable Jeremy Fogel
                                                        United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-