Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
HERMINIA LORENZO CRUZ

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| HERMINIA LORENZO CRUZ,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, and CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>　　　　　　　Defendants. | Case No.  C08-00991-JF-RS<br><br>**JOINT REQUEST TO EXTEND ADR DEADLINE** |

　　　　The parties in the above-entitled action jointly request to extend the ADR deadline, currently set for September 17, 2008. On August 20, 2008, the parties attended a telephonic conference with the assigned mediator in this case. During this telephone conference, the mediator and the parties agreed to hold the mediation session in this case on September 5, 2008, at 10:00 a.m. This date was selected to accommodate planned vacations, to allow the parties to conduct needed discovery and to allow Defendants time to file a dispositive motion.

　　　　On September 4, 2008, the Plaintiff, a 71 year old diabetic, fell and was hospitalized for her injuries. While the timing of Plaintiff's recovery is currently uncertain, the parties hope to complete the Mediation in this case within the next 60 days. Therefore, the parties jointly request that the Court extend the ADR deadline in this case to December 31, 2008.

/ / /

/ / /

-1-

-2-

1  Dated: September 3, 2008                    /s/ Fred W. Schwinn
2                                               Fred W. Schwinn, Esq.
                                                Attorney for Plaintiff
3                                               HERMINIA LORENZO CRUZ

4  Dated: September 3, 2008                    /s/ Larry Rothman
5                                               Larry Rothman, Esq.
                                                Attorney for Defendants
6                                               INTERNATIONAL COLLECTION
                                                CORPORATION and CHARLES D.
7                                               HENDRICKSON

8
   Having considered the parties' Joint Request to Extend ADR Deadline, the request is
9
   GRANTED. The ADR deadline in this case shall be extended to December 31, 2008.
10

11  Dated:  9/9/08
12                                              Honorable Jeremy Fogel
                                                United States District Judge