**United States District Court**
For the Northern District of California

**\*E-FILED 9/12/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMINIA LORENZO CRUZ,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL COLLECTION<br>CORPORATION, et al.<br><br>    Defendants.<br>_____/ | No. C 08-00991 JF (RS)<br><br>**ORDER CONTINUING MOTION HEARING** |

  The Court, on its own motion, hereby continues the hearing on plaintiff's motion to compel, docket [23], from September 17, 2008 to **October 1, 2008 at 9:30 a.m.**

IT IS SO ORDERED.

DATED:    9/12/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Fred W. Schwinn    fred.schwinn@sjconsumerlaw.com, cand_cmecf@sjconsumerlaw.com, fschwinn@gmail.com

Larry Rothman    tocollect@aol.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 9/12/08

      /s/ BAK
      Chambers of Magistrate Judge Richard Seeborg