**\*E-FILED 10/1/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HERMINIA LORENZO CRUZ,<br><br>      Plaintiff,<br>   v.<br><br>INTERNATIONAL COLLECTION CORPORATION, et. al.<br><br>      Defendants.<br>_____ / | NO. C 08-0991 JF (RS)<br><br>**ORDER GRANTING MOTION TO COMPEL** |

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, plaintiff Herminia Lorenzo Cruz moves to compel defendant International Collection Corporation ("ICC") to produce documents and supplemental written discovery responses in this Fair Debt Collection Practices Act ("FDCPA") litigation.[1]  Cruz served her first set of written discovery responses on June 3, 2008. ICC served its objections and responses on July 7, 2008.  Cruz alleges that ICC's responses were incomplete and contained meritless objections.  At the hearing on October 1, 2008, defendant's counsel acknowledged that he will provide supplemental discovery responses within a few days.

At issue in this motion are interrogatory numbers 2-12 and document request numbers 8-14, 17, 19-22, 25, 27-33.  All of the discovery requests either relate to ICC's pled bona fide error affirmative defense or possible damages.  By way of example, interrogatory number one asks for

---

[1] In its brief opposition, ICC does not substantively oppose any of the specific discovery requests Cruz puts forth.  Instead, ICC suggests only that the meet and confer process was not consistent with the California Code of Civil Procedure, which is inapplicable here.

1

1  ICC to identify and describe any documents used to describe or record its methods and techniques
2  used in the collection of consumer accounts. This interrogatory and the other discovery requests
3  may lead to the discovery of relevant evidence on the issue of ICC's bona fide error affirmative
4  defense.
5      Because defendant's counsel has acknowledged that he will provide supplemental responses
6  to these discovery requests, and because the discovery requests are otherwise appropriate, the
7  motion to compel is granted. ICC will provide supplemental discovery responses by October 8,
8  2008.
9      IT IS SO ORDERED.

11  Dated: October 1, 2008

    RICHARD SEEBORG
    United States Magistrate Judge

ORDER GRANTING MOTION TO COMPEL
C 08-0991 JF (RS)

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Fred W. Schwinn     fred.schwinn@sjconsumerlaw.com, cand_cmecf@sjconsumerlaw.com, fschwinn@gmail.com

Larry Rothman     tocollect@aol.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 10/1/08**                                                                 **Richard W. Wieking, Clerk**

                                                                                                    **By:** _____**Chambers**_____

ORDER GRANTING MOTION TO COMPEL
C 08-0991 JF (RS)

3