\*\*E-Filed 1/5/08\*\*

Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
HERMINIA LORENZO CRUZ

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| HERMINIA LORENZO CRUZ,<br><br>                     Plaintiff,<br><br>     v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, and CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>                     Defendants. | Case No. C08-00991-JF-RS<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE ALL SCHEDULED DATES FOR 120 DAYS** |

On June 3, 2008, the parties filed a <u>Joint Case Management Statement and Federal Rule of Civil Procedure 26(f) Discovery Plan</u> (Doc. 16) wherein the parties proposed a case management schedule in this case.  On June 19, 2008, the Court vacated the Case Management Conference and adopted the parties proposed case management schedule.  (Doc. 20).

Thus far the parties in this case have conducted written discovery, exchanged various documents and the Plaintiff's deposition has been taken by Defendants.  Plaintiff has deposed Defendant, Charles D. Hendrickson, and a third-party, Franklin Jay Love.  Plaintiff has also notice the depositions of Luigi S. Rossi and International Collection Corporations' Rule 30(b)(6) witness.  Said depositions were to be held in Los Angeles on December 10 and 12, 2009, but Luigi S. Rossi was very

ill and unable to attend his deposition.  Additionally, Defendants had resisted in providing Luigi S. Rossi's home address so that he could be served with a Subpoena for his deposition.  Defendants have now agree to provide Luigi S. Rossi's home address and his deposition will be rescheduled for late January or early February 2009.  Additionally, Plaintiff was unable to take the Rule 30(b)(6) deposition as scheduled and the parties have agreed that it will be rescheduled to coincide with the deposition of Luigi S. Rossi.

With regard to Mediation, Plaintiff had taken a fall, was hospitalized and was unable to participate in a Mediation in this case before the presumptive deadline.  On September 3, 2008, the parties requested a 90 day extension of the ADR deadline (Doc. 28) which the Court granted on September 10, 2008. (Doc. 30).  Thereafter, the parties engaged in written discovery and the Plaintiffs deposition was taken.  However, before the parties could schedule a Mediation, Plaintiff became ill and has sought medical treatment in the Philippines.  Plaintiff's counsel has been informed that Plaintiff may be absent from the country for up to 90 days.  Therefore, the parties have not been able to schedule and attend a Mediation in this case to date.

Due to the calendering conflicts of counsel for the parties, the witnesses and scheduling the travel that will be required to complete the depositions and conduct a Mediation in this case, the parties jointly seek a 120 day continuance of all dates currently set in this matter.

Dated: December 23, 2008           /s/ Fred W. Schwinn
                                    Fred W. Schwinn, Esq.
                                    Attorney for Plaintiff
                                    HERMINIA LORENZO CRUZ

Dated: December 23, 2008           /s/ Larry Rothman
                                    Larry Rothman, Esq.
                                    Attorney for Defendants
                                    INTERNATIONAL COLLECTION
                                    CORPORATION, and CHARLES D.
                                    HENDRICKSON

## [PROPOSED] ORDER

Having considered the parties Stipulation and Joint Request to Continue all Scheduled Dates for 90 Days, the request is GRANTED. The case management dates in this case are continued to the following dates:

|  | Current Date | Continued Date |
| --- | --- | --- |
| ADR Deadline | December 31, 2008 | April 30, 2009 |
| Close of Fact Discovery | December 31, 2008 | April 30, 2009 |
| Fed. R. Civ. P. 26(a)(3) Disclosures | January 14, 2009 | May 15, 2009 |
| Last Day to File Dispositive Motions | February 13, 2009 | June 13, 2009 |
| Opposition to Dispositive Motions | February 27, 2009 | June 27, 2009 |
| Replies to Dispositive Motions | March 6, 2009 | July 6, 2009 |
| Hearing on Dispositive Motions | March 20, 2009 | July 10, 2009 |
| Final Pre-Trial Conference | March 27, 2009 | July 17, 2009 |
| Jury Trial | April 17, 2009 | August 7, 2009 |

IT IS SO ORDERED.

1/5/09

_____
Honorable Jeremy Fogel
United States District Judge