1  Fred W. Schwinn (SBN 225575)
    CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
    San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
    Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

**E-Filed 5/20/09**

Attorney for Plaintiff
HERMINIA LORENZO CRUZ

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| HERMINIA LORENZO CRUZ,<br><br>                          Plaintiff,<br><br>    v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, and CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>                      Defendants. | Case No. C08-00991-JF-RS<br>AMENDED ORDER APPROVING **STIPULATION AND JOINT REQUEST TO CONTINUE ALL SCHEDULED DATES FOR 120 DAYS** |

On June 3, 2008, the parties filed a <u>Joint Case Management Statement and Federal Rule of Civil Procedure 26(f) Discovery Plan</u> (Doc. 16) wherein the parties proposed a case management schedule in this case.  On June 19, 2008, the Court vacated the Case Management Conference and adopted the parties proposed case management schedule.  (Doc. 20).  On January 5, 2009, the Court continued all deadlines in this case for 90 days due to the parties ongoing discovery efforts and the Plaintiff's poor health.  (Doc. 42).

Thus far the parties in this case have conducted written discovery, exchanged various documents and the Plaintiff's deposition has been taken by Defendants.  Plaintiff has deposed Defendant, Charles D. Hendrickson, and a third-party, Franklin Jay Love.  Plaintiff has also notice the

depositions of Luigi S. Rossi and International Collection Corporations' Rule 30(b)(6) witness.  Said depositions were to be held in Los Angeles on December 10 and 12, 2009, but Luigi S. Rossi was very ill and unable to attend his deposition.  Additionally, Defendants have informed Plaintiff that Luigi S. Rossi has moves out of the state and will require a Subpoena for his deposition.  Plaintiff was able to complete the Rule 30(b)(6) deposition in this case on February 24, 2009.

With regard to Mediation, Plaintiff had taken a fall, was hospitalized and was unable to participate in a Mediation in this case before the presumptive deadline.  On September 3, 2008, the parties requested a 90 day extension of the ADR deadline (Doc. 28) which the Court granted on September 10, 2008.  (Doc. 30).  Thereafter, the parties engaged in written discovery and the Plaintiffs deposition was taken.  However, before the parties could schedule a Mediation, Plaintiff became ill and has sought medical treatment in the Philippines.  Plaintiff's counsel has been informed by Plaintiff's daughter that Plaintiff has contracted pneumonia and is still convalescing in the Philippines under the care of her relatives.  Plaintiff may be absent from the country for up to an additional 120 days, if she returns at all.  Therefore, the parties have not been able to schedule and attend a Mediation in this case to date.

Due to the Plaintiff's poor health, inability to travel and absence from the country, calendering conflicts of counsel for the parties, witnesses and scheduling the travel that will be required to complete the depositions and conduct a Mediation in this case, the parties jointly seek a 120 day continuance of all dates currently set in this matter.

/ / /

/ / /

/ / /

/ / /

STIPULATION AND JOINT REQUEST TO CONTINUE ALL
SCHEDULED DATES FOR 120 DAYS
Case No. C08-00991-JF-RS

Dated: April 27, 2009                    /s/ Fred W. Schwinn
                                         Fred W. Schwinn, Esq.
                                         Attorney for Plaintiff
                                         HERMINIA LORENZO CRUZ

Dated: April 27, 2009                    /s/ Larry Rothman
                                         Larry Rothman, Esq.
                                         Attorney for Defendants
                                         INTERNATIONAL COLLECTION
                                         CORPORATION, and CHARLES D.
                                         HENDRICKSON

## †PROPOSED† ORDER

Having considered the parties Stipulation and Joint Request to Continue all Scheduled Dates for

120 Days, the request is GRANTED.   The case management dates in this case are continued to the

following dates:

|  | Current Date | Continued Date |
|---|---|---|
| ADR Deadline | April 30, 2009 | August 28, 2009 |
| Close of Fact Discovery | April 30, 2009 | August 28, 2009 |
| Fed. R. Civ. P. 26(a)(3) Disclosures | May 15, 2009 | September 15, 2009 |
| Last Day to File Dispositive Motions | June 13, 2009 | October 13, 2009 |
| Opposition to Dispositive Motions | June 27, 2009 | |
| Replies to Dispositive Motions | July 6, 2009 | |
| Hearing on Dispositive Motions | July 10, 2009 | November 13, 2009 |
| Final Pre-Trial Conference | July 17, 2009 | December 4, 2009 |
| Jury Trial | August 7, 2009 | December 11, 2009 |

   IT IS SO ORDERED.

Dated:  5/20/09                          _____
                                         Honorable Jeremy Fogel
                                         United States District Judge