\*\*E-Filed 9/30/2009\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HERMINIA LORENZO CRUZ<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>　　　　　　　Defendant. | Case Number 08-00991 JF (RS)<br><br>JUDGMENT |

　　The Court having granted Plaintiff's motion for summary judgment and denied Defendants' cross-motion for summary judgment, judgment is hereby entered for Plaintiff and against Defendants.

DATED: September 29, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 08-00991 JF (RS)
JUDGMENT
(JFEX1)

1  This Judgment has been served upon the following persons:

3  Fred W. Schwinn      fred.schwinn@sjconsumerlaw.com, cand_cmecf@sjconsumerlaw.com, fschwinn@gmail.com

4  Larry Rothman       tocollect@aol.com

2

Case No. 08-00991 JF (RS)
JUDGMENT
(JFEX1)