**E-Filed 1/8/2010**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CRIS JAO BRETANA<br><br>   Plaintiff,<br><br>   v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation; CHARLES D. HENDRICKSON, individually and in his official capacity; LUIGI S. ROSSI A/K/A LUIGI CIOPPA, individually and in his official capacity; and FRANKLIN JAY LOVE, individually and in his official capacity,<br><br>   Defendant. | Case Number C 07-5934 JF (HRL) |
| HERMINIA LORENZO CRUZ<br><br>   Plaintiff,<br><br>   v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation, CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>   Defendant | Case Number C 08-991 JF (RS)<br><br>ORDER RESETTING DEFENDANTS' MOTIONS FOR RECONSIDERATION AND GRANTING PLAINTIFFS' MOTIONS FOR EXTENSION OF TIME TO SEEK ATTORNEYS' FEES AND COSTS |

1  Defendants' motions for reconsideration, noticed for hearing on February 19, 2010, are
2  RESET for March 12, 2010.  Briefing on the motions shall be in accordance with the Court's
3  Civil Local Rules.
4  Plaintiffs' motions for extensions of time to file motions for attorneys' fees and costs are
5  GRANTED.  Plaintiffs shall file any motions for attorneys' fees and costs within fourteen days
6  after disposition of Defendants' motions for reconsideration.
7  IT IS SO ORDERED.

DATED: January 8, 2010

_____
JEREMY FOGEL
United States District Judge