FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 05 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEONIDES LORENZO CRUZ, successor in interest to Hermina Lorenzo Cruz,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation and CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>Defendants - Appellants. | No. 09-17449<br><br>D.C. No. 5:08-cv-00991-JF<br>Northern District of California, San Jose<br><br>ORDER |

Before: NOONAN and BEA, Circuit Judges, and WALTER, Senior District Judge.*

Appellee Cruz's Motion for Attorney Fees is GRANTED. 15 U.S.C. § 1692k; *see Camacho v. Bridgeport Financial, Inc.*, 523 F.3d 973, 978 (9th Cir. 2008). The determination of an appropriate amount of fees on appeal is referred to the court's special master, Appellate Commissioner Peter L. Shaw, who shall conduct whatever proceedings he deems appropriate, and who shall have authority

---

\* The Honorable Donald E. Walter, Senior District Judge for the U.S. District Court for Western Louisiana, sitting by designation.

to enter an order awarding fees on appeal. *See* 9th Cir. R. 39-1.9. The order is subject to reconsideration by the panel. *Id.*