FILED

APR 23 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEONIDES LORENZO CRUZ, successor in interest to Hermina Lorenzo Cruz,<br><br>      Plaintiff - Appellee,<br><br>  v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation; CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>      Defendants - Appellants. | No. 09-17449<br><br>D.C. No. 5:08-cv-00991-JF<br>Northern District of California, San Jose<br><br>ORDER |

Before: NOONAN and BEA, Circuit Judges, and WALTER, Senior District Judge.[*]

The panel votes to deny the petition for panel rehearing. Judge Bea has voted to deny the petition for rehearing en banc, and Judges Noonan and Walter have so recommended.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35(b).

---

    [*] The Honorable Donald E. Walter, Senior District Judge for the U.S. District Court for Western Louisiana, sitting by designation.

The petition for rehearing is DENIED and the petition for rehearing en banc is DENIED.