FILED

UNITED STATES COURT OF APPEALS

APR 23 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEONIDES LORENZO CRUZ, successor in interest to Hermina Lorenzo Cruz,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation; CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>        Defendants - Appellants. | No. 09-17449<br><br>D.C. No. 5:08-cv-00991-JF<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court granted appellee Leonides Lorenzo Cruz's motion for attorney's fees and referred to the Appellate Commissioner the determination of the amount of fees.

The question of the fee amount is referred to the Circuit Mediator, who will contact the parties. The Circuit Mediator is requested to inform the Appellate Commissioner of the conclusion of the mediation.

gml/AppComm

No. 09-17449