UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 02 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEONIDES LORENZO CRUZ, successor in interest to Hermina Lorenzo Cruz,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION, a California corporation and CHARLES D. HENDRICKSON, individually and in his official capacity,<br><br>        Defendants - Appellants. | No. 09-17449<br><br>D.C. No. 5:08-cv-00991-JF<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered March 08, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $27.60.

                                              FOR THE COURT:
                                              Molly C. Dwyer
                                              Clerk of Court

                                              Theresa Benitez
                                              Deputy Clerk